IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NICOLE JONES | * |
| | * |
|     Plaintiff, | * |
| | * |
| | *   **CIVIL ACTION NO.:** |
| v. | * |
| | *   **CV415-154** |
| TITLEMAX OF GEORGIA, INC. and | * |
| TMX FINANCE | * |
| | * |
| | * |
|     Defendants. | * |

### NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and hereby files this Notice of Dismissal With Prejudice, dismissing all claims and this action against the Defendants.

SO STIPULATED, this 12th day of October, 2015.

                                              */s/ S. Wesley Woolf*
                                              S. WESLEY WOOLF, P.C.
                                              Georgia Bar No. 776175
                                              *Attorney for Plaintiff*

S. WESLEY WOOLF, P.C.
408 East Bay Street
Savannah, GA 31401
T: (912) 201-3696
F: (912) 236-1884
woolf@woolflawfirm.net

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **NICOLE JONES** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| * | **CIVIL ACTION NO.:** |
| v. * | |
| * | **CV415-154** |
| **TITLEMAX OF GEORGIA, INC. and** * | |
| **TMX FINANCE** * | |
| * | |
| * | |
| **Defendants.** * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing "Notice of Dismissal with Prejudice"

upon counsel for Defendants by U.S. Mail, with proper postage applied, as follows:

Jennifer Harris
Employment & Corporate Counsel
**TMX Finance**
15 Bull Street, Ste. 200
Savannah, GA 31401


This 12th day of October, 2015.


*/s/ S. Wesley Woolf*
S. WESLEY WOOLF, P.C.
Georgia Bar No. 776175
*Attorney for Plaintiff*